IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED

APR - 2 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | <u>I N D I C T M E N T</u> |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1 : 25 CR 0 0 1 3 5 |
| v. | ) | CASE NO. |
| | ) | Title 18, United States Code, |
| MICHAEL NAWALENIEC, | ) | Sections 2, 922(g)(1), 922(o), |
| | ) | 924(a)(2), and 924(a)(8); Title |
| Defendant. | ) | 26, United States Code, 5841, |
| | ) | 5861(d), 5871 |

JUDGE NUGENT

COUNT 1
(Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1.      On or about December 28, 2022, in the Northern District of Ohio, Eastern

Division, Defendant MICHAEL NAWALENIEC knowing he had previously been convicted of a

crime punishable by imprisonment for a term exceeding one year, that being: Arson, on or about

March 22, 2012, in case number CR 11-557326-A, in the Cuyahoga County, Ohio, Court of

Common Pleas, knowingly possessed in and affecting interstate and foreign commerce a firearm,

to wit: a Romarm Cugir Micro Draco, 7.62x39 caliber pistol, bearing serial number PMD-08212-

18 RO, said firearm having previously been shipped and transported in interstate and foreign

commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 2
(Illegal Possession of Machinegun, 18 U.S.C. §§ 922(o) and 924(a)(2) & 2)

The Grand Jury further charges:

2.      On or about January 4, 2023, in the Northern District of Ohio, Eastern Division,

Defendant MICHAEL NAWALENIEC did knowingly possess a machinegun, to wit: a

machinegun conversion device ("Glock switch), that is a combination of parts designed and

intended for use in converting a weapon into a machinegun, in violation of Title 18, United States Code, Sections 922(o), 924(a)(2) and 2.

COUNT 3
(Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

3.     On or about January 19, 2023, in the Northern District of Ohio, Eastern Division, Defendant MICHAEL NAWALENIEC knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Arson, on or about March 22, 2012, in case number CR 11-557326-A, in the Cuyahoga County, Ohio, Court of Common Pleas, knowingly possessed in and affecting interstate and foreign commerce a firearm, to wit: a Steyr Arms rifle, model AUG-A3, .223 caliber, bearing serial number 29USA826, said firearm having previously been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 4
(Illegal Possession of Machinegun, 18 U.S.C. §§ 922(o) and 924(a)(2))

The Grand Jury further charges:

4.     On or about January 19, 2023, in the Northern District of Ohio, Eastern Division, Defendant MICHAEL NAWALENIEC did knowingly possess a machinegun, to wit: a machinegun conversion device ("Glock switch"), that is a combination of parts designed and intended for use in converting a weapon into a machinegun, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

COUNT 5 (Ardmore)
(Felon in Possession of Firearms, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

2

5.    On or about February 1, 2023, in the Northern District of Ohio, Eastern Division, Defendant MICHAEL NAWALENIEC knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Arson, on or about March 22, 2012, in case number CR 11-557326-A, in the Cuyahoga County, Ohio, Court of Common Pleas, knowingly possessed in and affecting interstate and foreign commerce firearms, to wit:

| Firearm | Caliber | Serial Number |
|---|---|---|
| Glock 19 pistol | 9mm | BKVA176 |
| Spike's Tactical Crusador Rifle | Multi-caliber | CH02126 |
| Smith & Wesson 500 Revolver | .500 | DNA1728 |
| Fabrique National Herstal Rifle | .308 | FN33045 |
| Glock 19X pistol | 9mm | BWHD590 |
| Glock 44 | .22 | AEZB735 |
| Intratec Tech 22 pistol | .22 | 050893 |
| Intratec Tech 9 pistol | 9mm | 131533 |
| Ruger10-22 Rifle | .22 | 358-59641 |
| Fabrique National Herstal Shotgun | 12 gauge | 11BZV05485 |

said firearms having previously been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 6 –(Eichorn)
(Illegal Possession of Machineguns, 18 U.S.C. §§ 922(o) and 924(a)(2))

The Grand Jury further charges:

6.    On or about February 1, 2023, in the Northern District of Ohio, Eastern Division, Defendant MICHAEL NAWALENIEC did knowingly possess machineguns, to wit: four (4)

3

machinegun conversion devices ("Glock Switches"), that is a combination of parts designed and intended for use in converting a weapon into a machinegun, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

COUNT 7 (Eichorn)
(Possession of an Unregistered Firearms, 26 U.S.C. §§ 5841, 5861(d) and 5871)

The Grand Jury further charges:

7.      On or about February 1, 2023, in the Northern District of Ohio, Eastern Division, Defendant MICHAEL NAWALENIEC, did knowingly receive and possess firearms as defined in Title 26, United States Code, Section 5845(a)(7), to wit: six (6) firearm silencers as defined in Title 18, United States Code, Sections 921(a)(3)(C) and (a)(24), not registered to him in the National Firearms Registration and Transfer Record, as required by Chapter 53, Title 26, United States Code, all in violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

COUNT 8 (Eichorn)
(Felon in Possession of Firearms, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

8.      On or about February 1, 2023, in the Northern District of Ohio, Eastern Division, Defendant MICHAEL NAWALENIEC knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Arson, on or about March 22, 2012, in case number CR 11-557326-A, in the Cuyahoga County, Ohio, Court of Common Pleas, knowingly possessed in and affecting interstate and foreign commerce firearms, to wit:

| Firearm | Caliber | Serial Number |
|---|---|---|
| Israeli Military Industries Uzi A Rifle | 9mm | SA12130 |
| Sig Sauer SIG MCX pistol | multi-caliber | 63G018113 |

| Magnum Research Desert Eagle Pistol | .50 | DK0042954 |
|---|---|---|
| Fabrique National Herstal FN-15 Rifle | 5.56 mm | FNB033643 |
| DSA Inc SA 58 Rifle | .308 | DS20616 |
| Heckler & Koch SP5 Rifle (SBR) | 9 mm | 271-017638 |
| Heckler and Koch USC rifle | .45 | 47-017379 |
| Glock 30S pistol | .45 | WLB960 |
| Fabrique National Herstal 509 Pistol | 9mm | GKS0094271 |

said firearms having previously been shipped and transported in interstate and foreign

commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

<u>FORFEITURE</u>

The Grand Jury further charges:

9.      The allegations of Counts 1 through 8 are hereby realleged and incorporated

herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States

Code, Section 924(d)(1), Title 26, United States Code, Section 5872, and Title 28, United States

Code, Section 2461(c).  As a result of the foregoing offenses, Defendant MICHAEL

NAWALENIEC shall forfeit to the United States any and all firearms and ammunition involved

in or used in the commission of the violations charged in counts 1-6, and 8; and any firearms

involved in or used in the commission of the violation charged in count 7.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government

Act of 2002.